FRANKLIN *et al. v.* BLACKSHEAR MANUFACTURING COMPANY.

EVANS, P. J.  A deed to S., on consideration of five dollars and natural love and affection, wherein the grantor in the granting clause conveys to S., "his lifetime, subject to his management and control, but not subject to any execution or executions, debts or liabilities, of the said S. in any manner whatever, and at his death to descend to his children, or such child or children as he may prefer," the tenendum clause of which is "to have and to hold said tract or parcel of land to his and their own proper use, benefit, and behoof forever in fee imple," creates in S. a life-estate, which is subject to levy and sale under execution against him.          *Judgment affirmed. All the Justices concur.*
                    OCTOBER 13, 1915.

Claim.  Before Judge Sheppard.  Tattnall superior court. November 30, 1914.

*R. H. Burroughs* and *H. H. Elders,* for plaintiffs in error.

---

TATTNALL FERTILIZER WORKS *et al. v.* DELOACH *et al.*

EVANS, P. J.  There was no abuse of discretion in appointing pendente lite a receiver, and granting a temporary injunction, with a provision that the appointment of the receiver and the granting of the injunction be superseded on giving the bond specified in the order.
                    *Judgment affirmed. All the Justices concur.*
                    OCTOBER 13, 1915.

Injunction and receivership.  Before Judge Kent.  Evans superior court.  May 28, 1915.

*Little, Powell, Smith & Goldstein* and *H. C. Beasley,* for plaintiffs in error.  *P. M. Anderson* and *Hines & Jordan,* contra.